

# Fourth Court of Appeals
## San Antonio, Texas

### MEMORANDUM OPINION

No. 04-14-00109-CV

Sergio **ALANIZ**, Sr., et al.,
Appellants

v.

**JESUS MARIA ALVAREZ & ASSOCIATES,**
Ana Lisa Garza, Intervenor,
Appellees

From the 381st Judicial District Court, Starr County, Texas
Trial Court No. DC-00-328
Honorable J. Manuel Banales, Judge Presiding

PER CURIAM

Sitting:     Rebeca C. Martinez, Justice
             Patricia O. Alvarez, Justice
             Luz Elena D. Chapa, Justice

Delivered and Filed: May 14, 2014

DISMISSED FOR LACK OF JURISDICTION

Appellants seek to appeal from a January 13, 2014 order denying their motion to recuse the trial judge, the Honorable Federico J. Hinojosa, retired Justice of the Thirteenth Court of Appeals. It appears from the clerk's record that the order is interlocutory because the underlying proceeding out of which the order arises remains pending and no severance order appears in the record. *See Lehmann v. Har-Con Corp.*, 39 S.W.3d 191, 200 (Tex. 2001) (appellate courts only have jurisdiction to review final judgments that dispose of all parties and causes of action and certain interlocutory orders identified by statute). Rule 18a(j) of the Texas Rules of Civil

Procedure expressly states that an order denying a motion to recuse may only be reviewed on appeal from the final judgment. TEX. R. CIV. P. 18a(j)(1)(A). On April 8, 2014, we ordered appellants to show cause in writing within fifteen days why this appeal should not be dismissed for lack of jurisdiction. Appellants did not respond. Absent an appealable interlocutory order or final judgment in writing, this court has no jurisdiction over this appeal. *See Ogletree v. Matthews*, 262 S.W.3d 316, 319 n.1 (Tex. 2007); *Lehmann v. Har Con Corp.*, 39 S.W.3d 191, 195 (Tex. 2001); *Northeast Indep. Sch. Dist. v. Aldridge*, 400 S.W.2d 893, 895 (Tex. 1966). Accordingly, this appeal is dismissed for lack of jurisdiction. *See* TEX. R. APP. P. 42.3(a).

PER CURIAM